

**UNITED STATES DISTRICT COURT**
DISTRICT OF MARYLAND
101 W. LOMBARD STREET
BALTIMORE, MARYLAND  21201

Chambers of
**Hon. Marvin J. Garbis**
United States District Judge

May 9, 2014

ALL COUNSEL OF RECORD

    Re:  United States v. Jones, MJG-13-0288

Dear Counsel:

    Pursuant to the proceedings held this date, I will not now set a trial date.  The Government shall provide a status report by July 31, 2014.

    Although in letter form, this document constitutes an Order and shall be docketed as such by the Clerk.

                                       Yours truly,

                                        _____/s/_____
                                        Marvin J. Garbis
                         United States District Judge

cc: Clerk