IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | |
| KEVIN T. JONES, | * | Criminal No. MJG-13-0288 |
| Defendant. | * | |

...oOo...

## GOVERNMENT'S MOTION TO DISMISS

COMES NOW the United States of America, by and through its attorneys, Rod J. Rosenstein, United States Attorney for the District of Maryland, and Bonnie S. Greenberg and Jason D. Medinger, Assistant United States Attorneys for said District, and pursuant to Fed. R. Crim. P. 48(a) hereby seeks leave to dismiss without prejudice the indictment in this case. Defendant was made aware of this request through his counsel, and indicated that he has no objection to a dismissal without prejudice.

    Respectfully submitted,

    Rod J. Rosenstein
    United States Attorney

By:   /s/
    Jason D. Medinger
    Bonnie S. Greenberg
    Assistant United States Attorneys
    36 S. Charles Street, Fourth Floor
    Baltimore, Maryland 21201
    (410) 209-4800

Leave of Court is granted for the filing of the foregoing dismissal.

_____    _____
Date               UNITED STATES DISTRICT JUDGE